# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL FLORES PACHECO,<br>　　　　Petitioner,<br>　　v.<br>SCOTT FRAUENHEIM,<br>Warden,<br>　　　　Respondent. | CASE NO. 2:16-cv-01900-JAK (SK)<br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 20, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE